# UNITED STATES DISTRICT COURT
## for the
## Southern District of Iowa

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) |
| | ) Case Number: 1:12-MJ-035 |
| ANDREW J. PARKER, | ) |
| | ) |
| Defendant | |

RECEIVED 12 AUG 10 AM 11:08 CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF IOWA

## CRIMINAL COMPLAINT

I, Complainant state that the following is true to the best of my knowledge and belief..

On or about the date of __August 7, 2012__, in the County of __Pottawattamie__ in the __Southern__ District of __Iowa__, the Defendant violated Title __18__, United States Code, Sections(s) __751(a)__, an offense described as follows:

did knowingly escape from the Residential Reentry Center in Council Bluffs, Iowa, to which the Defendant had at all times material hereto been lawfully confined at the direction of the Attorney General of the United States of America by virtue of a judgment and commitment of the United States District Court for the District of Nebraska upon conviction for a violation of Title 18, United States Code, Sections 751(a), Escape from a Federal Facility, on or about November 17, 2011.

This complaint is based on these facts:

See Attached Affidavit

Continued on the attached sheet and made a part of this complaint:   (X) Yes   ( ) No

_____
Signature of Complainant

Scott Cannon
Printed Name of Complainant

Sworn to before me and signed in my presence,

August 10, 2012
Date

Des Moines, Iowa
City and State

_____
Signature of Judicial Officer

Harold D. Vietor, Senior U.S. District Court Judge
Name and Title of Judicial Officer

# AFFIDAVIT

I, Scott Cannon, Deputy United States Marshal (DUSM), United States Marshals Service (USMS), being duly sworn, depose and do state the following:

1. I have been employed by the United States Marshal Service as a Deputy U.S. Marshal (Criminal Investigator) since 2011. As a Deputy U.S. Marshal I am authorized to enforce violations of Federal Law. Prior to my service with the U.S. Marshals Service, I served as a Criminal Investigator for the Ohio Department of Public Safety for approximately (8) eight years. During the course of my career I have conducted criminal investigations and made arrests of people who have violated both state and federal laws and have received training as to the legal principles and statutes representing violations of the United States Criminal Code (USC).

2. All information contained in this affidavit is a product of my personal observation and investigation or has been provided to me by other law enforcement authorities who I believe to be reliable.

3. On November 17, 2011, pursuant to a judgment entered by Lyle E. Storm, Senior United States District Judge for the United States District Court for the District of Nebraska, Andrew J. PARKER'S supervised release was revoked. PARKER was then sentenced to the custody of the United States Bureau of Prisons (BOP) for a term of sixteen (16) months. Upon completion of PARKER'S incarceration, he will not be placed on supervised release.

4. On June 25, 2012 PARKER was given an unescorted transfer furlough by the BOP authorizing him to proceed from the Federal Correctional Institution, Forrest City to the CH Inc.

Correctional Facility in Council Bluffs, Iowa. On June 26, 2012 PARKER arrived at CH Inc. PARKER is still assigned to the custody of the BOP with a current release date of October 20, 2012.

5. According to a report by CH Inc. Correctional Officer (CO) Cody Villont, on August 7, 2012 at 1735hrs, CO Villont gave PARKER permission to exit the building for purposes of taking out the trash. CO Villont noticed that PARKER never came back into the facility. CO Villont then placed the facility on lock-down to conduct a prisoner count. After the count, it was determined that PARKER was not in the facility. At this point CO Villont initiated escape procedures.

6. On August 7, 2012, your affiant was advised of the escape by Lori Newell, Residential Reentry Specialist.

7. On August 7, 2012, The United States Marshal Service received a United States Bureau of Prisons "Notice of Escaped Federal Prisoner" and a "Teletype Notice to USM Escape" from Residential Reentry Specialist Lori Newell.

8. Based on the facts and information presented above, it is requested that an arrest warrant be issued for PARKER due to his violation of U.S.C. Title 18 section 751(a).

Scott Cannon, Deputy U.S. Marshal
U.S. Marshals Service
Southern District of Iowa