AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

SOUTHERN **DISTRICT OF** IOWA

UNITED STATES OF AMERICA

V.

ANDREW J. PARKER

RECEIVED

2012 AUG 10 A 11: 27

US MARSHALS, S/IOWA

**WARRANT FOR ARREST**

CASE NUMBER: 1:12-MJ-035

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __ANDREW J. PARKER__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Escape from federal Bureau of Prison custody

in violation of Title __18__ United States Code, Section __751(a)__ .

Harold D. Vietor
Name of Issuing Officer

Senior District Court Judge, SDIA
Title of Issuing Officer

_[signature]_
Signature of Issuing Officer

August 10, 2012, Des Moines, Iowa
Date and Location

Bail fixed at $_____ by _____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at Douglas County Jail, Omaha, NE | | |
| DATE RECEIVED 8/10/2012 | NAME AND TITLE OF ARRESTING OFFICER Mike Powell, SDUSM | SIGNATURE OF ARRESTING OFFICER _[signature]_ |
| DATE OF ARREST 8/10/2012 | | |